UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-1653

**Motion for:** Consolidation of Appeals

**Caption [use short title]**

IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION

Set forth below precise, complete statement of relief sought:

Movant requests that Case No. 24-1653 and Case No. 24-2678 be consolidated.

**MOVING PARTY:** Jack Rabbit, LLC
☐ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:** See attached

**MOVING ATTORNEY:** Paul S. Rothstein
**OPPOSING ATTORNEY:** See attached
[name of attorney, with firm, address, phone number and e-mail]

Attorney Paul S. Rothstein, P.A.
626 NE 1st Street, Gainesville, FL 32601
352-376-7650 | psr@rothsteinforjustice.com

See attached

**Court- Judge/ Agency appealed from:** THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
☒ Yes ☐ No (explain): n/a

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: ____

Opposing counsel's position on motion:
☐ Unopposed ☒ Opposed ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date: n/a

**Signature of Moving Attorney:**
Paul S. Rothstein (Digitally signed by Paul S. Rothstein, Date: 2025.06.04 13:58:48 -04'00')
**Date:** June 4, 2025
**Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

**Attachment to Form T-1080 – Motion Information Statement**

| |
|---|
| **Opposing Party:**  Lanning  Mastercard  Visa  Old Jericho |
| **Opposing Counsel:**  Mark C. Rifkin (Counsel for Lanning)  Wolf Haldenstein Adler Freeman & Herz LLP  270 Madison Avenue, 10th Floor  New York, NY 10016  Direct: 212-545-4762  rifkin@whafh.com  Kenneth A. Gallo (Counsel for Mastercard)  Paul, Weiss, Rifkind, Wharton & Garrison LLP  2001 K Street, NW  Washington, DC 20006  Direct: 202-223-7300  kgallo@paulweiss.com  Matthew A. Eisenstein (Counsel for Visa)  Arnold & Porter Kaye Scholer LLP  601 Massachusetts Avenue, NW  Washington, DC 20001  Direct: 202-942-5563  matthew.eisenstein@arnoldporter.com  Manuel J. Dominguez (Counsel for Old Jericho)  Cohen Milstein Sellers & Toll PLLC  11780 U.S. Highway One, Suite 500  Palm Beach Gardens, FL 33408  Direct: 561-515-1400  jdominguez@cohenmilstein.com |