UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of June, two thousand twenty-five,

_____

| | |
|---|---|
| In Re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, | **ORDER**<br>Docket No. 24-1653 |

This document refers to:

ALL RULE 23(b)(3) CLASS ACTIONS:
Block, Inc. v. Visa Inc., No. 23-cv-5377;
Lanning v. Visa Inc., No. 21-cv-2360;
Camp Grounds Coffee, LLC v. Visa, Inc., No. 21-cv-3401;
Intuit, Inc. v. Visa Inc., No. 21-cv-1175.
------------------------------------------------------------------------------------------------------------

803 Kava LLC, CryoServices, Inc., DBA Andersonville Cryotherapy, DBA Athletic Recovery Center, Dell Fox Jewelry LLC, Maureen Roxberry, Hayley Lanning, SBG Designs, LLC, DBA Goldfine Jewelry, Shen Shu Acupuncture, PLLC,

        Plaintiff - Appellants,

Block, Inc.

        Plaintiff,

v.

Jack Rabbit, LLC,

        Objector - Appellant,

  v.

Visa, Inc., Mastercard Incorporated,

Defendants - Appellees.
_____

Appellants' Camp Grounds Coffee, LLC, 803 Kava LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Maureen Roxberry, Hayley Lanning, SBG Designs, LLC, Shen Shu Acupuncture, PLLC  submission of a Motion Opposition does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Motion Opposition is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court