# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of June, two thousand twenty-five.

Before:      Maria Araújo Kahn,
                         *Circuit Judge.*

_____

| | |
|---|---|
| In Re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, | **ORDER** |
| This document refers to: | Docket Nos. 24-1653(L), 24-1808(Con) |

ALL RULE 23(b)(3) CLASS ACTIONS:
Block, Inc. v. Visa Inc., No. 23-cv-5377; Lanning v. Visa Inc., No. 21-cv-2360; Camp Grounds Coffee, LLC v. Visa, Inc., No. 21-cv-3401; Intuit, Inc. v. Visa Inc., No. 21-cv-1175.
-----------------------------------------------------------

803 Kava LLC, CryoServices, Inc., DBA Andersonville Cryotherapy, DBA Athletic Recovery Center, Dell Fox Jewelry LLC, Maureen Roxberry, Hayley Lanning, SBG Designs, LLC, DBA Goldfine Jewelry, Shen Shu Acupuncture, PLLC,

        Plaintiff - Appellants,

Block, Inc.

        Plaintiff,

v.

Jack Rabbit, LLC,

        Objector - Appellant,

  v.

Visa, Inc., Mastercard Incorporated,

    Defendants - Appellees.
_____

In Re: Payment Card Interchange Fee and Merchant
Discount Antitrust Litigation

This document refers to:
Old Jericho Enterprise, Inc. v. Visa, Inc.,
No. 20-cv-2394 (E.D.N.Y.)(MKB)(JAM)

    Docket No. 24-2678

-------------------------------------------------

Old Jericho Enterprise, Inc., 32T, LLC, Bucks, Inc.,
Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc.,
H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens
Standard Service, Inc., Mineral Spring Avenue Getty, Inc.,
Mox LLC, OKY LLC, Pit Row, Inc.,Pointe Service Center
LLC,Red Eagle, Inc., Victory Energy, LLC, Village Center
Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc.,
Zarco USA, Inc., on behalf of all others similarly situated,

    Plaintiffs - Appellants,

v.

Visa, Inc., Mastercard, Inc.,

    Defendants - Appellees.
_____

  Jack Rabbit, LLC, Objector-Appellant in docket number 24-1653(L), 24-1808(Con), moves to consolidate the appeals. The motion is opposed by Appellees and by the Appellants in docket number 24-2678.

  IT IS HEREBY ORDERED that the motion is DENIED. However, it is further ordered that the appeals shall be heard in tandem.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court