# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of August, two thousand twenty-five.

_____

In Re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,

This document refers to:

ALL RULE 23(b)(3) CLASS ACTIONS:
Block, Inc. v. Visa Inc., No. 23-cv-5377;
Lanning v. Visa Inc., No. 21-cv-2360;
Camp Grounds Coffee, LLC v. Visa, Inc., No. 21-cv-3401;
Intuit, Inc. v. Visa Inc., No. 21-cv-1175.

-------------------------------------------------

803 Kava LLC, CryoServices, Inc., DBA Andersonville Cryotherapy, DBA Athletic Recovery Center, Dell Fox Jewelry LLC, Maureen Roxberry, Hayley Lanning, SBG Designs, LLC, DBA Goldfine Jewelry, Shen Shu Acupuncture, PLLC,

   Plaintiff - Appellants,

Block, Inc.

   Plaintiff,

 v.

Jack Rabbit, LLC,

   Objector - Appellant,

 v.

Visa, Inc., Mastercard Incorporated,

   Defendants - Appellees.

**ORDER**

Docket Nos. 24-1653(L), 24-1808(CON)

_____

In Re: Payment Card Interchange Fee and
Merchant Discount Antitrust Litigation

This document refers to:
Old Jericho Enterprise, Inc. v. Visa, Inc.,
No. 20-cv-2394 (E.D.N.Y.)(MKB)(JAM)

Docket No. 24-2678

---------------------------------------------

Old Jericho Enterprise, Inc., 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc., on behalf of all others similarly situated,

    Plaintiffs - Appellants,

v.

Visa, Inc., Mastercard, Inc.,

    Defendants - Appellees.

_____

    These appeals require the review of a voluminous record. By orders dated October 11, 2024 and January 14, 2025, on Appellants' motions, the Court waived the paper copy requirements set out in L.R. 30.1(b).

    IT IS HEREBY ORDERED that the L.R. 30.1(b) waiver is vacated. Three additional paper copies of the appendices in 24-1653 and four paper copies of the appendices in 24-2678 are to be filed with the Court. The filings are due August 28, 2025.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

